UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on May 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-17888 |
| TED ERIC MILLER and LISA RENEE TANIS, | Chapter: 13 |
| Debtors | Hearing Date: n/a |
| | Judge: Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 10, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____500_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____555_____ per month for ___25___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Ted Eric Miller  
Lisa Renee Tanis  
    Debtors

Case No. 16-17888-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 10, 2017  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db/jdb    +Ted Eric Miller,   Lisa Renee Tanis,   13 Henry Street,   Freehold, NJ 07728-1830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      George E Veitengruber, III    on behalf of Attorney    Veitengruber Law LLC Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
      William H. Oliver, Jr.    on behalf of Debtor Ted Eric Miller bkwoliver@aol.com  
      William H. Oliver, Jr.    on behalf of Joint Debtor Lisa Renee Tanis bkwoliver@aol.com  
                                                                                                 TOTAL: 6