| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on June 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ted Miller and Lisa Tanis,<br>　　　　　　　　　　　Debtor | Case No.: 16-17888<br><br>Adv. No:<br><br>Hearing Date: 06/07/2017 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge:   Christine M. Gravelle |

**ORDER TO EXPUNGE PROOF OF CLAIM #2 FILED BY NATIONSTAR MORTGAGE, LLC.**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: June 8, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Ted Miller and Lisa Tanis
Case No.    16-17888(CMG)
Caption of Order:
ORDER TO EXPUNGE PROOF OF CLAIM #2 FILED BY NATIONSTAR MORTGAGE, LLC..
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #2 filed by Nationstar Mortgage, LLC and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R   D E R E D** that Proof of Claim #2 filed by Nationstar Mortgage, LLC shall be and is hereby expunged; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ___5___ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Ted Eric Miller  
Lisa Renee Tanis  
    Debtors

Case No. 16-17888-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 08, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db/jdb       +Ted Eric Miller,   Lisa Renee Tanis,   13 Henry Street,   Freehold, NJ 07728-1830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA2
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        George E Veitengruber, III    on behalf of Attorney    Veitengruber Law LLC Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
        William H. Oliver, Jr.    on behalf of Debtor Ted Eric Miller bkwoliver@aol.com
        William H. Oliver, Jr.    on behalf of Joint Debtor Lisa Renee Tanis bkwoliver@aol.com
                                                                                                                            TOTAL: 6