Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17888−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ted Eric Miller
13 Henry Street
Freehold, NJ 07728

Lisa Renee Tanis
13 Henry Street
Freehold, NJ 07728

Social Security No.:
xxx−xx−4032                                         xxx−xx−3666

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 9, 2017.

On August 25, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              October 4, 2017
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 29, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ted Eric Miller  
Lisa Renee Tanis  
    Debtors

Case No. 16-17888-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 29, 2017  
                 Form ID: 185     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2017.

```
db/jdb         +Ted Eric Miller,    Lisa Renee Tanis,    13 Henry Street,    Freehold, NJ 07728-1830
aty            +Veitengruber Law LLC,    1720 Route 34,    Suite 10,    Wall, NJ 07727-3991
cr             +Nationstar Mortgage LLC,    Aldridge Pite LLP,    4375 Jutland Dr,    Ste 200,    POB 17933,
                 San Diego, CA 92177-7921
516136264      #+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
516136265      +Best Buy/Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
516136266      +Central Jersey Power & Light,    P.O. Box 16001,    Reading, PA 19612-6001
516136268      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NationStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
516136269      +Sprint Attn: Bankruptcy,    P.O. Box 7949,    Overland Park, KS 66207-0949
516339214      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516375251       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2017 01:00:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516136267      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2017 00:55:53     Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516235526      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2017 00:55:53     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
                                                                                               TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,    350 Highland Dr.,    Lewisville, TX  75067)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2017 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA2
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Attorney    Veitengruber Law LLC
               Gveitengruberesq@gmail.com,    knapolitano15@gmail.com
              William H. Oliver, Jr.    on behalf of Debtor Ted Eric Miller bkwoliver@aol.com,
               r59915@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 29, 2017
                              Form ID: 185             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William H. Oliver, Jr.   on behalf of Joint Debtor Lisa Renee Tanis bkwoliver@aol.com, r59915@notify.bestcase.com

                                                                                                                                                                                                                 TOTAL: 6