Ted E. Miller
Lisa R. Tanis
12 Henry Street
Freehold, NJ 07728
RE – Case # 16-1788-CMG
Notice of Objection to Application for Fees Sept, 20 2017

September 13, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Court
United States District of New Jersey
402 East State Street,
Trenton, NJ 08608

Dear Honorable Christine M. Gravelle;

Lisa R Tanis and Myself, Ted E. Miller are the Debtors being represented by Mr. William Oliver Esq., Re.: Bankruptcy case number # 16-1788-CMG.

Please accept this objection to the motion issued by Mr. William Oliver Esq., requesting to file additional fees of $3,500.00 regarding our case # 161788.

We have not received any statement of billing, though Lisa and I had issued several requests via Phone, email and during in office meetings with Mr. Oliver.

Further, Mr. Oliver has established a trust account with $4,000.00, the amount the court had order for disgorgement of fees from Veitengruber Law, per Document #72 this last April 2017. To our knowledge, none of the funds in this trust account have been disbursed.

Respectfully Yours

Ted E. Miller

Lisa R Tanis

CC: Albert Russo – Standing Chapter 13 Trustee
CC : Mr. William Oliver Esq. – William H. Oliver, Jr. & Associates