| **Information to identify the case:** | |
|---|---|
| Debtor 1 — Ted Eric Miller (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–4032  EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) — Lisa Renee Tanis (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–3666  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:  16–17888–CMG | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ted Eric Miller                    Lisa Renee Tanis

2/23/18                            **By the court:** <u>Christine M. Gravelle</u>
                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17888-CMG
Ted Eric Miller                                                     Chapter 13
Lisa Renee Tanis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Feb 23, 2018
                              Form ID: 3180W            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb         +Ted Eric Miller,    Lisa Renee Tanis,    13 Henry Street,    Freehold, NJ 07728-1830
aty            +Veitengruber Law LLC,    1720 Route 34,    Suite 10,    Wall, NJ 07727-3991
cr             +Nationstar Mortgage LLC,    Aldridge Pite LLP,    4375 Jutland Dr,    Ste 200,   POB 17933,
                 San Diego, CA 92177-7921
516136266      +Central Jersey Power & Light,    P.O. Box 16001,    Reading, PA 19612-6001
516136268     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NationStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
516136269      +Sprint Attn: Bankruptcy,    P.O. Box 7949,    Overland Park, KS 66207-0949
516339214      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2018 00:00:42      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516136265      +EDI: CAPITALONE.COM Feb 23 2018 23:38:00      Best Buy/Capital One,   P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
516375251       EDI: RESURGENT.COM Feb 23 2018 23:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Providian National Bank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516136267      +EDI: MID8.COM Feb 23 2018 23:38:00      Midland Funding,   8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
516235526      +EDI: MID8.COM Feb 23 2018 23:38:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Dr.,   Lewisville, TX  75067)
516136264     ##+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-FA2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Attorney    Veitengruber Law LLC
               Gveitengruberesq@gmail.com, knapolitano15@gmail.com

```
District/off: 0312-3          User: admin               Page 2 of 2            Date Rcvd: Feb 23, 2018
                              Form ID: 3180W            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William H. Oliver, Jr.    on behalf of Debtor Ted Eric Miller bkwoliver@aol.com, R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Lisa Renee Tanis bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                         TOTAL: 6