Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−17888−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ted Eric Miller                              Lisa Renee Tanis
  13 Henry Street                              13 Henry Street
  Freehold, NJ 07728                           Freehold, NJ 07728

Social Security No.:
  xxx−xx−4032                                  xxx−xx−3666

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: March 19, 2018             Christine M. Gravelle
                                  Judge, United States Bankruptcy Court